Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE: ) CHAPTER 13
) CASE NO. SV09-19622-MT
CHARLIE O AGUILUZ )
) **ORDER DISMISSING CHAPTER 13**
) **PETITION DUE TO FAILURE OF**
) **DEBTOR(S) TO APPEAR AT THE 341(a)**
) **MEETING OF CREDITORS AND/OR TO**
) **MAKE PRE-CONFIRMATION**
) **PAYMENTS**
)
        DEBTOR )

Notice of the 341(a) meeting of creditors and initial confirmation hearing date having been duly served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed appear at the same and/or having failed to make the required pre-confirmation payments, and good cause appearing, it is therefore,

ORDERED:

1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved; and

2. That the petition herein is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed.

Dated: OCT - 5 2009

/s/ Maureen Tighe

Maureen Tighe
U. S. Bankruptcy Judge

| | |
|---|---|
| 1 | Elizabeth Rojas, Chapter 13 Trustee |
| | 15060 Ventura Blvd., Suite 240 |
| 2 | Sherman Oaks, CA 91403 |
| | (818) 933-5700 Fax: (818) 933-5755 |
| 3 | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE: ) CHAPTER 13
) CASE NO. SV09-19622-MT
CHARLIE O AGUILUZ )
)
) **PROOF OF SERVICE BY MAIL**
)
DEBTOR )
)

PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 9/28/2009 I served the following document(s): ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR TO APPEAR AND/OR MAKE PRE CONFIRMATION PAYMENTS on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

CHARLIE O AGUILUZ  
40456 ESPERANZA WAY  
PALMDALE, CA 93551  

James G Beirne  
Law Offices of James G Beirne  
520 E Wilson Ave Ste 110  
Glendale, CA 91206-4374  

Ms. Jennifer Braun  
Assistant United States Trustee  
Department of Justice  
21051 Warner Center Lane, #115  
Woodland Hills, CA 91367-1367  

Executed at Sherman Oaks, California on September 28, 2009.

*Gisele Dorsey*

Gisele Dorsey

Case No. SV09-19622-MT